**Lisa A. BARRIGAN, Plaintiff—Appellant,**

v.

**ELITE FUNDING, d/b/a Tenacity Mortgage; Decision One; Morgan Stanley Credit Corporation, Defendants—Appellees.**

No. 09–1169.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 16, 2009.

Decided: Dec. 2, 2009.

Lisa A. Barrigan, Appellant Pro Se. Pamela Anne Bresnahan, Nicholas Bradley Reuhs, Vorys, Sater, Seymour & Pease, Washington, D.C.; Robert A. Dybing, Robert R. Musick, Thompson McMullan, PC, Richmond, Virginia, for Appellees.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa A. Barrigan appeals the district court's order granting Defendants' motions for summary judgment and dismissing Barrigan's claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barrigan v. Elite Funding*, No. 1:07–cv–00951–CMH–JFA, 2009 WL 54514 (E.D.Va. Jan. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*